RICHARD S. HARTUNIAN  
United States Attorney  
Emily M. Fishman  
Special Assistant U.S. Attorney  
c/o Social Security Administration  
Office of the General Counsel  
26 Federal Plaza, Room 3904  
New York, NY  10278  
(212) 264-2644  
emily.fishman@ssa.gov  
Bar Roll No. 518330  

UNITED STATES DISTRICT COURT  
NORTHERN DISTRICT OF NEW YORK  
-------------------------------------------------------------x  
ALTHEA M. COLEMAN,

                Plaintiff,

                              No. 1:16-cv-01026-FJS-DEP

     v.

NANCY A. BERRYHILL,[1] ACTING        CONSENT ORDER TO REMAND  
COMMISSIONER OF SOCIAL SECURITY,   PURSUANT TO SENTENCE 4 OF  
                                                42 U.S.C. § 405(g)

                Defendant.  
-------------------------------------------------------------x

       This matter having been opened to the Court by Richard S. Hartunian, United States Attorney for the Northern District of New York, and Emily M. Fishman, Special Assistant United States Attorney, attorneys for the Defendant, for an Order remanding the within cause of action to the Defendant pursuant to sentence 4 of 42 U.S.C. § 405(g) so that further administrative action may be taken; and Plaintiff, through the undersigned attorneys, having consented to the within order and the requested remand; and the Court having considered the matter,

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security.  Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill should be substituted for Acting Commissioner Carolyn W. Colvin as the defendant in this suit.  No further action needs to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

IT IS on this 2nd day of March, 2017;

ORDERED that the final decision of the Commissioner be and hereby is REVERSED, and the matter is REMANDED to the Defendant for further administrative action including a *de novo* hearing, and it is further

ORDERED that the within matter, be and hereby is, DISMISSED, and the Clerk is hereby directed to enter judgment, in accord with the decision in *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

_____
Frederick J. Scullin, Jr.
Senior U. S. Distict Judge

The undersigned hereby consent to the form and entry of the within order.

        RICHARD S. HARTUNIAN
        United States Attorney

BY:  */s/ Emily M. Fishman*
       Emily M. Fishman, Esq.
       Special Assistant United States Attorney
       Attorney for Defendant
       Bar Roll No. 518330
       emily.fishman@ssa.gov

       */s/ Peter M. Margolius*
       Peter M. Margolius, Esq.
       Attorney for Claimant
       7 Howard Street
       Catskill, NY 12414
       (518) 943-5100
       margolius@mhcable.com